No. 83–110. WILLIAMS ET AL. v. LADNER ET AL. Sup. Jud. Ct. Me. Certiorari denied.

No. 83–111. DROUILLARD v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 83–112. HOLWAY v. THORNTON ET AL. C. A. 4th Cir. Certiorari denied.

No. 83–115. BRIECE v. BRIECE ET UX. C. A. 8th Cir. Certiorari denied.

No. 83–117. KANSAS CITY SOUTHERN RAILWAY CO. v. FAULKENBERRY. Sup. Ct. Okla. Certiorari denied.

No. 83–121. HECK v. HECK. Sup. Ct. App. W. Va. Certiorari denied.

No. 83–126. MALACHOWSKI v. SILVERBERG, MARVIN & SWAIM, P.C., ET AL. C. A. 2d Cir. Certiorari denied.

No. 83–130. MEADOWS ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 83–133. WOO CHIN TONG v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 83–135. GIVENS v. CASTILLO ET AL. C. A. 5th Cir. Certiorari denied.

No. 83–142. DIXON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83–143. SULLIVAN, DBA COLUMBIA POLY PACK CO. v. TOWN OF VERNON, CONNECTICUT. Super. Ct. Conn., Tolland Jud. Dist. Certiorari denied.

No. 83–145. AMERICAN FAMILY LIFE ASSURANCE CO. v. HIAM, COMMISSIONER OF INSURANCE. Sup. Jud. Ct. Mass. Certiorari denied.

No. 83–146. S & S MACHINERY CO. v. MASINEXPORTIMPORT ET AL. C. A. 2d Cir. Certiorari denied.